IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Darrell Huddleston**                                                                                                    **Plaintiff**

**v.**                       **CASE NO. 3:14CV00032 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                          **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 19th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE